

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00036-CV

Lisa M. **BRILL**,
Appellant

v.

The **STATE OF TEXAS**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2024-0149-AG
Honorable Robert E. Cadena, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, the cause is hereby **DISMISSED FOR WANT OF JURISDICTION**.

It is so **ORDERED** on April 9, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

